UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Robert V. Towle

v.                                    Civil No. 08-cv-38-JL

NH State Prison, Warden


O R D E R


On March 30, 2010, the Court ordered the petitioner to show cause on or before April 12,

2010,  why the petition should not be dismissed or the case would be dismissed as moot.  In that the

petitioner has not responded to this order, the case is herewith ordered dismissed as moot.


SO ORDERED.


April 21, 2010                    _____
                                  Joseph N. Laplante
                                  United States District Judge


cc:    Robert V. Towle, pro se
       Elizabeth Woodcock, Esq.
       Stephen Fuller, Esq.